UNITED STATES DISTRICT COURT
for the
District of New Jersey

United States of America

v.

**JASLYN FORD**
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:

IT IS ORDERED on this **28th** day of **OCTOBER, 2021** that the release of the defendant is subject to the following conditions:
(1) The defendant must not violate any federal, state or local law while on release.
(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address and/or telephone number.
(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

**Release on Bond**

Bail be fixed at **$ 35,000.00**          and the defendant shall be released upon:

   **(X) Executing an unsecured appearance bond**   ( ) with co-signor(s)_____
   Executing a secured appearance bond ( ) with co-signor(s)_____
   Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;

**Additional Conditions of Release**

Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of the defendant is subject to the condition(s) listed below:
IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:

( x ) **Report to Pretrial Services ("PTS") as directed and advise them immediately of any contact with law enforcement**
( x ) **The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any**
(   ) The defendant shall be released into the third party custody of _____
   who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.
   Custodian Signature: _____   Date: _____
( x ) **The defendant's travel is restricted to New Jersey, Connecticut and New York, unless otherwise approved by PTS.**
( x ) **Surrender all passports and travel documents to PTS.   Do not apply for new travel documents.**
(   ) Substance abuse testing and/or treatment as directed by PTS. Refrain from obstructing or tampering with substance abuse testing
(   ) Refrain from possessing a firearm, destructive device, or other dangerous weapons.   All firearms in any home in which the
(   ) Mental health testing/treatment as directed by PTS.
(   ) Abstain from the use of alcohol.
(x x) **Maintain current residence or a residence approved by PTS.**
(   ) Maintain or actively seek employment and/or commence an education program.
(   ) No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.
(X) **Have no contact with the following individuals: victims, witnesses, or co-defendants unless in the in the presence of counsel.**
(   ) Defendant is to participate in one of the following home confinement program components and abide by all the requirements
   (   ) (i) **Curfew.**   You are restricted to your residence every day (   ) from _____ to _____, or (   ) as directed by the pretrial services office or supervising officer; or
   (   ) (ii) **Home Detention.** You are restricted to your residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer.   Additionally, employment (   ) is permitted    (   ) is not permitted.
   (   ) (iii) **Home Incarceration.**   You are restricted to your residence under 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.
(   ) Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the
   (   ) (i)       **No Computers** – defendant is prohibited from possession and/or use of computers or
   (   ) (ii)   **Computer – No Internet Access:** defendant is permitted use of computers or connected          devices,
   (   ) (iii)  **Computer With Internet Access:** defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at [ ] home [ ] for employment purposes.
   (   ) (iv)  **Consent of Other Residents** -by consent of other residents in the home, any computers in the home utilized

(x)     The defendant is to not have in their possession any documents, credit cards, bank/ATM cards, checkbooks that are not in their own name.

(x )    **Other Due to the COVID-19 pandemic, the defendant has not yet been processed by the United States Marshals Service (USMS) for the instant arrest. We respectfully request Your Honor order the following:

**The defendant shall report to the USMS for processing at a date to be determined.**

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

**Acknowledgment of the Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

<u>**s/ JASLYN FORD**</u>
*Defendant's Signature*

<u>**East Orange, NJ**</u>
*City and State*

**Directions to the United States Marshal**

( X ) The defendant is ORDERED released after processing.**
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: <u>10/28/2021</u>    <u>s/ Stanley R. Chesler, U. S. D. J.</u>
*Judicial Officer's Signature*